**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE: Raymond G. Wilson
JoAnn Wilson

Debtors                                                                                           Case Number:   10-22294

## MOTION FOR DETERMINATION OF
## POSTPETITION MORTGAGE FEES, EXPENSES OR CHARGES

The Chapter 13 trustee files this motion pursuant to Bankruptcy Rule 3002.1(e) for a determination by the court that the claimed postpetition fees, expenses or charges reflected in the below creditor's Notice of Postpetition Mortgage Fees, Expenses and Charges filed as a supplement to Court claim # 12   shall not be paid by the trustee to cure a default or to maintain payments.  The trustee takes no position on whether or when the debtor must pay said fees, expenses or charges.

### NOTICE

Unless a party in interest files an objection to this motion within 14 days, an order may be entered sustaining the motion without further notice or hearing.  Any objection must be set for hearing.  Should the debtor desire to have any postpetition fees, expenses or charges paid through the plan, the debtor must modify the plan in accordance with Rule 3015(g) to so provide and to increase plan payments accordingly.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 5/23/2012.

/s/ Beverly M. Burden
Beverly Burden, Trustee
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527

Raymond G. Wilson                                             PLUMMER, MICHAEL E.
JoAnn Wilson                                                       11 WEST SIXTH STREET
121 Bluffside Drive                                                COVINGTON, KY  41011
Covington, KY  41017

CITIMORTGAGE INC
BANKRUPTCY DEPT
1000 TECHNOLOGY DR, MS 140
OFALLON, MO  63304

CITIMORTGAGE, INC.
P O BOX 6030
SIOUX FALLS, SD  57117